PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
CLERK, U.S. DISTRICT COURT
10/4/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB  DEPUTY

DOCKET NUMBER *(Tran. Court)*
1:16CR00127-1

DOCKET NUMBER *(Rec. Court)*
2:21-cr-00470-MCS

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Elmer Johan Gonzalez | Colorado | Denver |
| | NAME OF SENTENCING JUDGE | |
| | Wiley Y. Daniel | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/08/2019 — TO 03/07/2022 |

**OFFENSE**

Possession of a Firearm by a Previously Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Colorado

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Central District of California  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/13/2021
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Central  DISTRICT OF  California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/28/21
*Effective Date*

_____
*United States District Judge*