# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:21-cr-00470-MCS |
| v. | |
| ELMER JOHAN GONZALEZ | NOTICE OF JURISDICTION/ TREATY TRANSFER-IN |
| DEFENDANT(S). | |

To: All Parties/Counsel of Record

The Court has approved the

☑ supervised release
☐ probation
☐ treaty

transfer-in for the case referred to above.

The matter has been assigned to United States ☑ District Judge  MARK C. SCARSI

☐ Magistrate Judge _____ for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U.S. District Court

10/4/2021                                                              By: JOHANIE BANEGAS
Date                                                                          Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office

CR-56 (01/17)                         NOTICE OF JURISDICTION / TREATY TRANSFER-IN